UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOLOGRAM USA, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PULSE EVOLUTION CORPORATION, et al.,<br><br>Defendants. | 2:14-cv-00772-GMN-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (Docket No. 108) |

Pending before the Court is the parties' proposed discovery plan and scheduling order. Docket No. 108. The proposed discovery plan and scheduling order fails to state the calendar date for the: (1) close of discovery; (2) filing of motions to amend the pleadings or to add parties; (3) disclosures concerning experts; and (4) filing of dispositive motions. *See* Local Rules 26-3(e)(1)-(4). Accordingly, the proposed discovery plan is hereby DENIED. The parties shall submit a revised discovery plan, no later than September 16, 2014, that complies with the Local Rules.

IT IS SO ORDERED.

DATED: September 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge