UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., | Case No. 2:14-cv-00772-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING MOTION TO STRIKE |
| PULSE EVOLUTION CORPORATION, et al., | |
| Defendant(s). | (Docket No. 122) |

Pending before the Court is Plaintiffs' motion to strike portions of the Declaration of Todd S. Eagan in support of the joint motion for entry of a protective order. Docket No. 122. On October 3, 2014, the parties filed a joint motion for entry of a protective order. Docket No. 118. Defendants concurrently filed the Declaration of Todd S. Eagan in support of the joint motion for entry of a protective order. Docket No. 120. Plaintiffs concurrently filed the Declaration of Scott Malzahn in support of the joint motion for entry of a protective order (Docket No. 119) and their evidentiary objections and motion to strike portions of the Declaration of Todd S. Eagan (Docket Nos. 121, 122).

On October 24, 2014, the Court denied without prejudice the parties' joint motion for a protective order. Docket No. 134. Accordingly, Plaintiffs' motion to strike portions of the Declaration of Todd S. Eagan in support of the joint motion for entry of a protective order (Docket No. 122) is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: October 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge