1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HOLOGRAM USA, INC., et al.,               )
                                          )
                 Plaintiffs,              )        Case No. 2:14-cv-0772-GMN-NJK
                                          )
vs.                                       )        ORDER GRANTING MOTION
                                          )        TO STRIKE
PULSE EVOLUTION CORPORATION, et al.,      )
                                          )        (Docket No. 135)
                 Defendants.              )
_____)

15   Pending before the Court is Plaintiffs' motion to strike Defendants' response to Plaintiffs' reply.

16   Docket No. 135. Defendants' response was due by November 13, 2014. *Id*. To date, no response has

17   been filed opposing the motion. *See* Docket. Accordingly, the motion may be granted as unopposed.

18   *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it.

19   Because the motion is unopposed and for good cause shown, Plaintiffs' motion to strike (Docket No.

20   135) is hereby **GRANTED**. Defendants' response at Docket No. 130 shall be **STRICKEN**.

21   IT IS SO ORDERED.

22   DATED: November 21, 2014.

23

24

25   _____
     NANCY J. KOPPE
     United States Magistrate Judge

26

27

28