1  JAMES V. FAZIO, III (CSB #183353)
   TREVOR Q. CODDINGTON, PH.D. (CSB #243042)
2  *Admitted Pro Hac Vice*
   San Diego IP Law Group LLP
3  12526 High Bluff Drive, Suite 300
   San Diego, CA  92130
4  jamesfazio@sandiegoiplaw.com
   trevorcoddington@sandiegoiplaw.com
5  Telephone:  (858) 792-3446
   Fax: (858) 792-3447
6
   MARTIN L. WELSH, ESQ.
7  Nevada State Bar No. 8720
   LAW OFFICE OF HAYES & WELSH
8  199 N. Arroyo Grande Blvd., Ste. 200
   Henderson, NV  89074
9  Phone: (702) 434-3444
   Fax: (702) 434-3739
10 mwelsh@lvlaw.com
   *Attorneys for Defendants Ian Christopher*
11 *O'Connell, Musion Events Ltd., and Musion 3D Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., a Delaware corporation; MUSION DAS HOLOGRAM LIMITED, a corporation organized under the laws of the United Kingdom; and UWE MAASS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PULSE EVOLUTION CORPORATION, a Nevada Corporation; PULSE ENTERTAINMENT CORPORATION, a Delaware corporation, JOHN C. TEXTOR, an individual; DICK CLARK PRODUCTIONS, INC., a Delaware corporation JOHN BRANCA and JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson; MJJ PRODUCTIONS, INC., a California corporation; MUSION EVENTS LTD., a United Kingdom private company; MUSION 3D LTD, a United Kingdom private company; WILLIAM JAMES ROCK, an individual; IAN CHRISTOPHER O'CONNELL, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:14-cv-0772-GMN-NJK<br><br>**DECLARATION OF IAN CHRISTOPHER O'CONNELL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER VENUE** |

I, Ian Christopher O'Connell, pursuant to 28 U.S.C. § 1746, make the following declaration:

1. My name is Ian Christopher O'Connell. I am a resident of London, England and a citizen of the United Kingdom. I am over the age of twenty-one years and make this Declaration based upon my personal knowledge.

2. I am a director of Musion Events Limited ("MEL") and Musion 3D Limited ("M3D"). William James Rock, a co-defendant in this case, is a director of M3D but he is not a director of MEL.

3. I have never been to Nevada on behalf of MEL or M3D and I was not present in Las Vegas, Nevada for the Billboard Music Awards on May 18, 2014. I did not provide the holographic projection system that was used in the Awards show, I did not help assemble the system used in the Awards show, and I did not use the system during the Awards show. In fact, I have only been to Nevada twice, once in 2009 and once in 2012, and both times I was there on behalf of Musion Systems Limited prior to its insolvency. I have never been to Nevada in my personal capacity or on behalf of MEL or M3D.

4. MEL and M3D did not have any employees, officers, or directors present in Las Vegas, Nevada for the Billboard Music Awards on May 18, 2014, and MEL and M3D did not assemble or help assemble the accused system. Moreover, MEL and M3D have never sent any employees, officers, or directors to Nevada for any purpose whatsoever.

5. I do not do business in the State of Nevada, and am not required to be registered, licensed or otherwise qualified to do business in Nevada. I have never been required to file any type of tax return in Nevada. I have no employees, officers, or directors in Nevada. I do not own or maintain any offices, assets, bank accounts, personal property, or real property in Nevada. I am not required to, and do not, maintain a registered agent in Nevada.

6. I do not have, and have never had, any customers in Nevada. I do not advertise to or target customers in Nevada, and do not derive, directly or otherwise, any revenue from the sale of any products in Nevada or from goods, services or products consumed in Nevada. I have never sold or shipped any products into the State of Nevada.

7. MEL does not do business in the State of Nevada, and is not required to be registered, licensed or otherwise qualified to do business in Nevada. MEL has never been required to file any type of tax return in Nevada. MEL has no employees, officers, or directors in Nevada. MEL does not own or maintain any offices, assets, bank accounts, personal property or real property in Nevada. MEL is not required to, and does not, maintain a registered agent in Nevada. I understand that Plaintiffs have alleged that Mr. James Rock was present at the Billboard Music Awards on May 18, 2014. However, Mr. Rock is not an employee, officer, or director of MEL and Mr. Rock was not present at the Awards show on either MEL or M3D's behalf. Mr. Rock did not receive compensation or remuneration of any kind from me, MEL or M3D for his services during the Awards show.

8. MEL does not have, and has never had, any customers in Nevada. MEL does not advertise to or target customers in Nevada, and does not derive, directly or otherwise, any revenue from the sale of any products in Nevada or from goods, services or products consumed in Nevada. MEL has never sold or shipped any products into the State of Nevada.

9. M3D does not do business in the State of Nevada, and is not required to be registered, licensed or otherwise qualified to do business in Nevada. M3D has never been required to file any type of tax return in Nevada. M3D has no employees, officers, or directors in Nevada. M3D does not own or maintain any offices, assets, bank accounts, personal property, or real property in Nevada. M3D is not required to, and does not, maintain a registered agent in Nevada.

10. M3D does not have, and has never had, any customers in Nevada and does not derive, directly or otherwise, any revenue from the sale of any products in Nevada or from goods, services or products consumed in Nevada. M3D has never sold or shipped any products into the State of Nevada.

11. M3D did supply two pieces of proprietary fireproof foil to co-defendant Pulse Entertainment Corporation to determine if Pulse might have any interest in using that foil. The foil pieces, however, were supplied to a third party called Background Images in Los Angeles, California, not Nevada and the foil pieces were in fact never used during the Billboard Awards

1 | show in Las Vegas.
2 |     I declare under penalty of perjury under the laws of the United States of America that the
3 | foregoing is true and correct. Executed on February 12th, 2015 in London, England.

                                      IAN CHRISTOPHER O'CONNELL