CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone:  (702) 382-5222 / Facsimile:  (702) 382-0540

LAVELY & SINGER PROFESSIONAL CORPORATION
MARTIN D. SINGER (SBN 78166) *(pro hac vice)*
mdsinger@lavelysinger.com
TODD S. EAGAN (SBN 207426) *(pro hac vice)*
teagan@lavelysinger.com
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501 / Facsimile: (310) 556-3615

Attorneys for Defendants Pulse Evolution Corporation,
Pulse Entertainment Corporation, John Textor and William James Rock

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., a Delaware corporation; MUSION DAS HOLOGRAM LIMITED, a corporation organized under the laws of the United Kingdom; and UWE MAASS an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>PULSE EVOLUTION CORPORATION, a Nevada corporation; PULSE ENTERTAINMENT CORPORATION, a Delaware corporation; JOHN C. TEXTOR, an individual; DICK CLARK PRODUCTIONS, INC., a Delaware corporation; JOHN BRANCA and JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson; MJJ PRODUCTIONS, INC., a California corporation, MUSION EVENTS LTD., a United Kingdom private company; MUSION 3DLTD., a United Kingdom private company; WILLIAM JAMES ROCK, an individual; IAN CHRISTOPHER O'CONNELL, an individual; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-00772-GMN-NJK<br><br>**STIPULATION AND ORDER** |

1   IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants Pulse Evolution Corporation, Pulse Entertainment Corporation, John Textor, William James Rock and Defendants John Branca and John McClain in their capacity as Co-Executors of the Estate of Michael J. Jackson, deceased, MJJ Productions, Inc., and dick clark productions, inc., to move, answer or otherwise respond to the Second Amended Supplemental Complaint ("SASC") is extended from March 10, 2015 to March 13, 2015, because they are each engaged in good faith settlement negotiations.

This Stipulation follows the parties' previous Stipulation dated February 12, 2015, which extended the time to move, answer or otherwise respond to the SASC from February 17, 2014 to March 3, 2015, and the Stipulation dated February 27, 2015, which extended the time to move, answer or otherwise respond to the SASC from March 3, 2015 to March 10, 2015.

RESPECTFULLY SUBMITTED this 9th day of March 2015.

| BAKER MARQUART LLP<br>RYAN G. BAKER<br><br>By: /s/ Ryan Baker<br>    RYAN BAKER<br><br>McDONALD CARANO WILSON LLP<br>CRAIG A. NEWBY<br>*Attorneys for Plaintiffs Hologram USA, Inc., Musion Das Hologram Limited and Uwe Maass* | LAVELY & SINGER<br>PROFESSIONAL CORPORATION<br>MARTIN D. SINGER<br>TODD S. EAGAN<br><br>By: /s/ Todd S. Eagan<br>    TODD S. EAGAN<br><br>CAMPBELL & WILLIAMS<br>J. COLBY WILLIAMS<br>*Attorneys for Defendants Pulse Evolution Corporation, Pulse Entertainment Corporation, John Textor and William James Rock*<br><br>KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP<br>HOWARD WEITZMAN<br>GREGORY KORN<br>JONATHAN STEINSAPIR<br><br>By: /s/ Gregory Korn<br>    GREGORY KORN |
|---|---|

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/11/2015**

GORDON SILVER

MICHAEL N. FEDER
*Attorneys for Defendants John Branca and John McClain in their capacity as Co-Executors of the Estate of Michael J. Jackson, deceased, MJJ Productions, Inc., and dick clark productions, inc.*