# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HOLOGRAM USA, INC., et al., )
               Plaintiff(s), ) Case No. 2:14-cv-00772-GMN-NJK
vs. ) ORDER
PULSE EVOLUTION CORPORATION, et al., ) (Docket No. 241)
               Defendant(s). )

On June 8, 2015, the Court continued the mandatory Pre-Claim Construction Settlement Conference to August 18, 2015, at 10:00 a.m. Docket No. 237. On June 12, 2015, Defendants Ian Christopher O'Connell, Musion Events Ltd. and Musion 3D Ltd. ("Foreign Defendants") filed a motion to appear telephonically. Docket No. 241. Foreign Defendants represent that appearing in person for the settlement conference would impose an extreme and undue burden and expense. *Id.* Plaintiffs indicated that they do not oppose Foreign Defendants' request to appear telephonically. *See* Docket No. 228, at 2. The Court finds compelling justification exists to grant the motion. Accordingly, Foreign Defendants' motion to appear telephonically (Docket No. 241) is hereby **GRANTED**.

. . .

. . .

. . .

. . .

. . .

Foreign Defendants shall call the Court conference line at 702-868-4906 at least five minutes prior to the settlement conference. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: June 12, 2015

_____
Nancy J. Koppe
United States Magistrate Judge