1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10

11    HOLOGRAM USA, INC., et al.,                    )
                                                     )
              Plaintiff(s),                          )        Case No. 2:14-cv-00772-GMN-NJK
12                                                   )
      vs.                                            )        ORDER
13                                                   )
      PULSE ENTERTAINMENT, INC., et al.,             )
14                                                   )
              Defendant(s).                          )
15    _____       )

16          On April 30, 2015, Defendants filed a joint motion to stay the litigation pending the outcome

17    of the *Inter Partes* Review ("IPR") before the United States Patent & Trademark Office ("PTO").

18    Docket No. 216.  Plaintiffs filed a response and Defendants filed a reply.  Docket Nos. 220, 223.

19    In Plaintiffs' response, Plaintiffs represent that, at the time of the filing, the petitions for IPR had not

20    been granted by the PTO.  Docket No. 220, at 2.  To date, nothing has been filed regarding the status

21    of the petitions for IPR.  *See* Docket.  Accordingly, the Court hereby **ORDERS** the parties to file a

22    notice of the current status of the petitions for IPR, no later than July 17, 2015.

23          IT IS SO ORDERED.

24          DATED: July 10, 2015

25

26          _____

27          NANCY J. KOPPE
            United States Magistrate Judge

28