1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HOLOGRAM USA, INC., et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-00772-GMN-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PULSE EVOLUTION CORPORATION, et al., | ) | (Docket No. 259) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16    Pending before the Court is Defendant dick clark productions' motion to appear telephonically

17 for the settlement conference scheduled for August 18, 2015.  Docket No. 259.  Any response shall be

18 filed no later than August 7, 2015, and any reply shall be filed no later than August 10, 2015.

19    IT IS SO ORDERED.

20    DATED: August 5, 2015

21
22
23

Nancy J. Koppe
United States Magistrate Judge

24
25
26
27
28