UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOLOGRAM USA, INC., et al., | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-00772-GMN-NJK |
| vs. | ) | ORDER |
| PULSE EVOLUTION CORPORATION, et al., | ) | (Docket No. 276) |
| Defendant(s). | ) | |

On June 12, 2015, Defendants Ian Christopher O'Connell, Musion Events Ltd. and Musion 3D Ltd. ("Foreign Defendants") filed a motion to appear telephonically at the mandatory Pre-Claim Construction Settlement Conference, then scheduled for August 18, 2015, at 10:00 a.m. Docket No. 241. Foreign Defendants represented that appearing in person for the settlement conference would impose an extreme and undue burden and expense. *Id.* On the same day, noting that Plaintiffs had indicated they had no opposition to this request, the Court granted Foreign Defendants' motion. Docket No. 244.

On August 17, 2015, at approximately 3:30 p.m., the Court received notice that Plaintiff Maass, despite the Court's clear order, would not attend the settlement conference. Docket No. 265. As a result, the Court vacated the settlement conference, and ordered the parties to submit a stipulation with a set of five mutually agreeable dates for the mandatory settlement conference. *Id.*; Docket No. 267. The Court has now rescheduled the mandatory Pre-Claim Construction Settlement Conference for September 15, 2015. Docket No. 271.

On August 31, 2015, out of an abundance of caution, Foreign Defendants renewed their motion to appear telephonically at the September 15, 2015, settlement conference. Docket No. 276. This motion contains the same reasoning as the motion the Court previously granted, and Foreign Defendants were in no way responsible for the rescheduling of the settlement conference. The Court, as it did with Foreign Defendants' original motion, finds compelling justification exists to grant the instant motion. Accordingly, Foreign Defendants' motion to appear telephonically (Docket No. 276) is hereby **GRANTED**.

Foreign Defendants shall call the Court conference line at 702-868-4906 at least five minutes prior to the settlement conference. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: August 31, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge