**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLOGRAM USA, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PULSE EVOLUTION CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:14-cv-00772-GMN-NJK<br><br>ORDER<br><br>(Docket No. 279) |

    Pending before the Court is Defendant dick clark productions, inc.'s (DCPI) motion to appear telephonically for the settlement conference scheduled for September 15, 2015. Docket No. 279. DCPI represents that it is fully indemnified in this action by co-Defendant MJJ Productions, Inc. *Id.*, at 3. DCPI also represents that Howard Weitzman, the acting General Counsel for MJJ Productions, has full authority to settle the case on behalf of DCPI and MJJ Productions. *Id.* As such, DCPI requests that Court permit Mr. Weitzman to appear on its behalf and allow "an additional representative of DCPI to appear telephonically in the highly unlikely event that it becomes necessary to consult such person." *Id.*, at 3-4.

. . .

. . .

. . .

. . .

. . .

The Court has reviewed DCPI's motion and finds compelling justification for granting it. Accordingly, Defendant's motion to appear telephonically for the settlement conference (Docket No. 279) is hereby **GRANTED**. **IT IS FURTHER ORDERED** that Michael Kohn, the General counsel of DCPI, shall be available via telephone for the duration of the settlement conference.

IT IS SO ORDERED.

DATED: September 1, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge