# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., | Case No. 2:14-cv-00772-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER RE: MOTION TO WITHDRAW |
| PULSE EVOLUTION CORPORATION, et al., | (Docket No. 309) |
| Defendant(s). | |

Pending before the Court is Lavely & Singer P.C.'s motion to withdraw as counsel for Pulse Evolution Corporation, Pulse Entertainment Corporation, John Textor, and William James Rock ("Defendants"). Docket No. 309. Any response shall be filed no later than October 21, 2015. No later than October 19, 2015, Lavely & Singer shall serve Defendants with this order and shall file a proof of service. The Court hereby **SETS** a telephonic hearing for 2:00 p.m. on October 26, 2015.

John Textor, William James Rock, Attorney Todd Eagan, corporate representatives for Pulse Evolution Corporation and Pulse Entertainment Corporation, as well as any newly retained counsel, shall appear telephonically. Failure to appear at the hearing may result in the imposition of sanctions.

The parties and counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phones are prohibited.

The Court reminds Lavely & Singer that unless and until the motion to withdraw is granted, it remains responsible for complying with all relevant deadlines.

//

//

1     Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: October 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge