UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., )<br>                Plaintiffs, )<br>vs. )<br>PULSE EVOLUTION CORPORATION, et al., )<br>                Defendants. ) | Case No. 2:14-cv-00772-GMN-NJK<br><br>ORDER |

On October 21, 2015, Plaintiffs filed a response to the motion to withdraw filed by Defendants Pulse Entertainment Corporation, Pulse Evolution Corporation, William James Rock, and John C. Textor. Docket No. 314. With attachments, Plaintiffs' response totaled 159 pages. *Id.* On October 22, 2015, the Court ORDERED Plaintiffs to provide chambers with a paper copy of its response, no later than October 23, 2015, that complies with Special Order 109 and Local Rule 10-3. Plaintiffs have failed to comply.

The Court ORDERS Plaintiffs to provide chambers with a paper copy of its response, no later than **4:00 p.m. today, October 26, 2015**, that complies in full with Special Order 109 and Local Rule 10-3. Failure to comply may result in the imposition of sanctions.

The telephonic hearing set for 2:00 p.m. is continued to **October 27, 2015, at 10:00 a.m**. John Textor, William James Rock, Attorney Todd Eagan, corporate representatives for Pulse Evolution Corporation and Pulse Entertainment Corporation, as well as any newly retained counsel, shall appear telephonically. Failure to appear telephonically at the hearing may result in the imposition of sanctions.

1 | The parties and counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phones are prohibited.

IT IS SO ORDERED.

DATED: October 26, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge