CRAIG A. NEWBY (NSBN 8591)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
cnewby@mcdonaldcarano.com

RYAN G. BAKER (*pro hac vice*)
BAKER MARQUART LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, CA 90024
Telephone: 424.652.7800
Facsimile: 424.652.7850
rbaker@bakermarquart.com

*Attorneys for Plaintiffs*
*Hologram USA, Inc., MDH Hologram*
*Limited and Uwe Maass*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., a Delaware corporation; MUSION DAS HOLOGRAM LIMITED, a corporation organized under the laws of the United Kingdom; and UWE MAASS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PULSE EVOLUTION CORPORATION, a Nevada corporation; PULSE ENTERTAINMENT CORPORATION, a Delaware corporation; JOHN C. TEXTOR, an individual; DICK CLARK PRODUCTIONS, INC., a Delaware corporation; JOHN BRANCA and JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson; MJJ PRODUCTIONS, INC., a California corporation; MUSION EVENTS LTD., a United Kingdom private company; MUSION3D LTD., a United Kingdom private company; WILLIAM JAMES ROCK, an individual; IAN CHRISTOPHER O'CONNELL, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:14-cv-00772-GMN-NJK<br><br>**AMENDED JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DICK CLARK PRODUCTIONS INC., MJJ PRODUCTIONS, INC., AND JOHN BRANCA AND JOHN McCLAIN IN THEIR CAPACITIES AS CO-EXECUTORS OF THE ESTATE OF MICHAEL J. JACKSON** |

10386.00247/328850.1

## AMENDED JOINT STIPULATION

Plaintiffs Hologram USA, Inc., MDH Hologram Limited and Uwe Maass (collectively, "Plaintiffs") and Defendants dick clark productions, inc., MJJ Productions, Inc., and John Branca and John McClain, in their capacities as co-executors of the Estate of Michael J. Jackson, (collectively, the "Jackson Defendants") (Plaintiffs and Defendants each a "Party" and collectively the "Parties"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, state as follows:

WHEREAS, on May 15, 2014, Plaintiffs filed this action (Dkt. No. 1);

WHEREAS, on January 30, 2015, Plaintiffs filed a Second Amended Complaint (Dk. No. 188) (the operative complaint in this case);

WHEREAS, on March 13, 2015, the Jackson Defendants, together with several other defendants in this action, filed a motion to dismiss the Second Amended Complaint (Dkt. 210), which remains pending before this Court;

WHEREAS, the Jackson Defendants have not answered the Second Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and the Jackson Defendants have stipulated to a dismissal <u>without</u> prejudice of all claims asserted against the Jackson Defendants (and only the Jackson Defendants) in the above-entitled action, Case No. 14-cv-00772-GMN-NJK;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Jackson Defendants to this action and through their counsel of record that:

1. The Court shall dismiss all of the claims asserted against the Jackson Defendants in Case No. 14-cv-00772-GMN-NJK <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. Each Party will bear its own costs and attorneys' fees, except that the parties reserve all rights to seek the costs and fees incurred herein should the claims in the above-entitled action be re-filed.

| | | |
|---|---|---|
| 1 | DATED: November 6, 2015 | McDONALD CARANO WILSON LLP |
| 2 | | By: /s/   Ryan G. Baker |
| | | CRAIG A. NEWBY (#8591) |
| 3 | | 2300 W. Sahara Avenue, #1200 |
| | | Las Vegas, Nevada 89102 |
| 4 | | Telephone: 702.873.4100 |
| | | Facsimile: 702.873.9966 |
| 5 | | cnewby@mcdonaldcarano.com |
| 6 | | BAKER MARQUART LLP |
| | | RYAN G. BAKER (*pro hac vice*) |
| 7 | | 10990 Wilshire Boulevard, Fourth Floor |
| | | Los Angeles, CA  90024 |
| 8 | | Telephone:  424.652.7800 |
| | | Fax:   424.652.7850 |
| 9 | | rbaker@bakermarquart.com |
| 10 | | *Attorneys for Plaintiffs Hologram USA, Inc., MDH Hologram Limited and Uwe Maass* |
| 11 | | |
| 12 | | DICKINSON WRIGHT PLLC |
| 13 | DATED:  November 6, 2015 | By: /s/  Gregory Korn |
| 14 | | MICHAEL N. FEDER (#7332) |
| | | 8363 West Sunset Road |
| 15 | | Suite 200 |
| | | Las Vegas, NV 89113-2210 |
| 16 | | Phone:  702-382-4002 |
| | | Fax: 702-382-1661 |
| 17 | | mfeder@dickinson-wright.com |
| 18 | | |
| 19 | | GREGORY KORN (*pro hac vice*) |
| | | JONATHAN STEINSAPIR (*pro hac vice*) |
| 20 | | KINSELLA WEITZMAN ISER KIMP & ALDSERT LLP |
| 21 | | 808 Wilshire Blvd., 3rd Floor |
| | | Santa Monica, CA 90401 |
| 22 | | Phone: (310) 566-9800 |
| | | Fax: (310) 566-9850 |
| 23 | | jsteinsapir@kwikalaw.com |
| | | gkorn@kwikalaw.com |
| 24 | IT IS SO ORDERED: | |
| 25 | _____ | *Attorneys for Defendants MJJ Productions Inc., John Branca and John McClain as Executors of the Estate of Michael J. Jackson and dick clark productions, inc.* |
| 26 | UNITED STATES DISTRICT JUDGE | |
| 27 | DATED:   November 9, 2015 | |
| 28 | | |

10386.00247/328850.1

2