# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HOLOGRAM USA, INC., et al.,

    Plaintiff(s),

vs.

PULSE EVOLUTION CORPORATION, et al.,

    Defendant(s).

Case No. 2:14-cv-00772-GMN-NJK

ORDER

(Docket No. 339)

Pending before the Court is a stipulation to extend the deadline for Defendants Pulse Evolution Corporation, Pulse Entertainment Corporation, and John Textor to file an answer to Plaintiffs' Second Amended and Supplemental Complaint. Docket No. 339. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). Accordingly, because the parties fail to provide any explanation whatsoever as to why an extension is requested, the stipulation is hereby **DENIED** without prejudice.

    IT IS SO ORDERED.

    DATED: January 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge