**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HOLOGRAM USA, INC., et al.,      )
                                 )
              Plaintiff(s),      )          Case No. 2:14-cv-00772-GMN-NJK
                                 )
vs.                              )          ORDER
                                 )
PULSE EVOLUTION CORPORATION, et al.,   )
                                 )          (Docket No. 374)
              Defendant(s).      )
_____)

      Pending before the Court is a motion to extend the various discovery deadlines.  Docket No. 374. The Court hereby **ORDERS** that a response must be filed no later than May 9, 2016, and any reply must be filed no later than May 11, 2016.

      IT IS SO ORDERED.

      DATED: May 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge