**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HOLOGRAM USA, INC., et al.,

        Plaintiff(s),                   Case No. 2:14-cv-00772-GMN-NJK

vs.                                                 ORDER

PULSE EVOLUTION CORPORATION, et al.,

        Defendant(s).                  (Docket No. 385)

       Pending before the Court is UK Defendants' Emergency Motion to Seal. Docket No. 385. Defendants seek an order sealing an exhibit that they erroneously filed on the public docket. *Id.* at 1. They submit that good cause exists to seal this document because Defendant Pulse Evolution Corporation designated it as confidential under the Court's blanket protective order. *Id*.

       The blanket protective order does not constitute good cause for the sealing of documents. Docket No. 139 at 1. Pursuant to the procedures outlined at Docket No. 139, Defendant Pulse Evolution Corporation must file a declaration in support of the motion to seal no later than May 16, 2016. *Id*. at 3 n.2. This declaration must address the proper grounds for sealing the exhibit.

//

//

//

//

//

1     In the event Defendant Pulse Evolution Corporation fails to file the declaration supporting
2 the sealing of the exhibit by May 16, 2016, the Court may order it unsealed.  In the meantime, the
3 Court **ORDERS** the Clerk's Office to seal the document at Docket No. 383-2, pending further order
4 of the Court.

5     IT IS SO ORDERED.

6     DATED: May 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge