**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLOGRAM USA, INC., et al., | )<br>) |
| Plaintiff(s), | )  Case No. 2:14-cv-00772-GMN-NJK<br>) |
| vs. | )  ORDER<br>) |
| PULSE EVOLUTION CORPORATION, et al., | )<br>)  (Docket No. 390) |
| Defendant(s). | )<br>) |

Pending before the Court is Defendants Pulse Entertainment Corporation, Pulse Evolution Corporation, and John Textor's ("Pulse") notice regarding emergency motion to seal. Docket No. 390. Pulse does not request either sealing or redaction of the document it labeled as confidential under the stipulated blanket protective order. *Id.* at 3. Accordingly, the Court **INSTRUCTS** the Clerk's Office to unseal the document at Docket No. 383-2.

IT IS SO ORDERED.

DATED: May 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge