1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HOLOGRAM USA, INC., et al.,                    )
                                               )
                    Plaintiff(s),              )        Case No. 2:14-cv-00772-GMN-NJK
                                               )
vs.                                            )        ORDER
                                               )
PULSE EVOLUTION CORPORATION, et al.,           )
                                               )        (Docket Nos. 406, 407)
                    Defendant(s).              )
_____)

     Pending before the Court are two discovery motions, both filed on June 23, 2016.  Docket Nos. 406, 407.  The Court hereby **ORDERS** that responses must be filed no later than June 27, 2016, and any replies must be filed no later than June 29, 2016.

     IT IS SO ORDERED.

     DATED: June 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge