UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOLOGRAM USA, INC., et al., | ) | Case No. 2:14-cv-00772-GMN-NJK |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 447) |
| PULSE EVOLUTION CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Plaintiffs' request for permission to attend the May 5, 2017 hearing on the motions to withdraw filed by San Diego IP Law Group LLP and the Law Office of Hayes & Welsh as counsel for Defendants Ian Christopher O'Connell, Musion Events Ltd., and Musion 3d Ltd. Docket No. 447. Plaintiffs request permission for their counsel to appear telephonically at the hearing. *Id.* While Plaintiffs and their counsel are not required to attend the May 5, 2017, hearing, they may do so if they so choose. The Court is aware that Plaintiffs' counsel is located in California; therefore, the motion to appear telephonically is hereby **GRANTED**. Plaintiffs' counsel may call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 28, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge