# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., | Case No. 2:14-cv-00772-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| PULSE EVOLUTION CORPORATION, et al., | |
| Defendant(s). | |

On April 7, 2017, the Court issued an order scheduling a hearing on Defendants' counsel's motions to withdraw for May 5, 2017. Docket No. 444. That order stated in relevant part that: "Defendant O'Connell, and a corporate representative of Defendants Musion Events, Ltd. and Musion 3D Ltd. shall appear telephonically at the hearing . . ." *Id.*

On May 5, 2017, the Court called this matter for the hearing on the pending motions to withdraw as scheduled. *See* Docket No. 454. Mr. O'Connell failed to appear either individually or as a corporate representative as ordered. Docket No. 455 at 1. The Court therefore ordered Mr. O'Connell to show cause in writing, no later than May 19, 2017, why this Court should not issue sanctions against him for violating a Court order. *Id.* at 2.

Mr. O'Connell has now submitted, *ex parte*, several documents in response to the Court's order to show cause. With certain exceptions not applicable here, neither a party nor an attorney for any party may make an *ex parte* communication with the Court. Local Rule IA 7-2(b). The Court

1  **INSTRUCTS** the Clerk's Office to file these documents on the docket.  The Court advises Mr.
2  O'Connell that, in the future, he must submit all documents to the Clerk's Office so that they may
3  be properly filed on the docket.
4      IT IS SO ORDERED.
5      DATED: May 23, 2017.

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge