# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., | |
| Plaintiffs, | Case No. 2:14-cv-00772-GMN-NJK |
| vs. | ORDER |
| PULSE EVOLUTION CORPORATION, et al., | |
| Defendants. | |

On April 7, 2017, the Court issued an order scheduling a hearing on Defendants' counsel's motions to withdraw as counsel for May 5, 2017. Docket No. 444. That order stated in relevant part that: "Defendant O'Connell, and a corporate representative of Defendants Musion Events, Ltd. And Musion 3D Ltd. shall appear telephonically at the hearing..." *Id*.

On May 5, 2017, the Court called this matter for the hearing on the pending motions to withdraw as scheduled. *See* Docket No. 454. Mr. O'Connell failed to appear individually or as corporate representative as ordered, and his attorney stated at the hearing that he had confirmed the hearing and Mr. O'Connell's telephonic appearance at the hearing with Mr. O'Connell within the past day.

. . . .

. . . .

. . . .

The Court therefore ordered Mr. O'Connell to show cause in writing why the Court should not issue sanctions against him for violating a Court order, up to and including case-dispositive sanctions, pursuant to Local Rule IA 4-1 and Fed. R. Civ. P. 16(f). Docket No. 455. On May 23, 2017, the Court received Mr. O'Connell's response to the order to show cause. Docket Nos. 461, 462, 463.

While the Court remains concerned about Mr. O'Connell's failure to appear at the hearing as ordered, the Court **DISCHARGES** the order to show cause. The Court further **ADMONISHES** Defendant O'Connell and Corporate Defendants Musion Events Ltd. and Musion 3D Ltd. that they must strictly comply with all Court orders, including the currently outstanding order regarding new counsel at Docket No. 454. Failure to do so may result in significant sanctions, up to and including default judgment. The Court further **INSTRUCTS** the Clerk's office to serve this order on Mr. O'Connell both as an individual defendant and as a corporate representative at ian@musionevents.com.

IT IS SO ORDERED.

DATED: May 26, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge