# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., | Case No. 2:14-cv-00772-GMN-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 466) |
| PULSE EVOLUTION CORPORATION, et al., | |
| Defendants. | |

Pending before the Court is a motion to extend time for Defendants Musion Events Limited and Musion 3D Limited ("Defendants") to retain new counsel. Docket No. 466. For good cause shown, the Court hereby **GRANTS** this motion. Defendants shall have until June 26, 2017, to retain new counsel, who must file a Notice of Appearance in accordance with the Court's Local Rules of Practice.

IT IS SO ORDERED.

DATED: June 6, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge