Craig A. Newby, Esq. (NSBN 8591)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com

Ryan G. Baker (admitted *pro hac vice*)
rbaker@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, CA 90067
Telephone: 424.652.7800
Facsimile: 424.652.7850
rbaker@bakermarquart.com

*Attorneys for Plaintiffs and Counterdefendants
Hologram USA, Inc., MDH Hologram
Limited and Uwe Maas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLOGRAM USA, INC; MDH HOLOGRAM LIMITED; and UWE MAASS,<br><br>Plaintiffs,<br><br>v.<br><br>PULSE EVOLUTION CORPORATION; PULSE ENTERTAINMENT CORPORATION; JOHN C. TEXTOR; DICK CLARK PRODUCTIONS, INC.; JOHN BRANCA and JOHN MCCLAIN; MJJ PRODUCTIONS, INC.; MUSION EVENTS LTD.; MUSION 3D LTD.; WILLIAM JAMES ROCK; IAN CHRISTOPHER O'CONNELL; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:14-cv-00772-GMN-NJK<br><br>**JOINT NOTICE OF SETTLEMENT** |
| IAN CHRISTOPHER O'CONNELL, MUSION EVENTS LTD.; MUSION 3D LTDL; MUSION IP LTD. and HOLICOM FILMS LTD.,<br><br>Counterclaimants,<br>v.<br><br>HOLOGRAM USA, INC.; MUSION DAS HOLOGRAM LIMITED; and UWE MAASS,<br><br>Counter-Defendants. | |

Pursuant to LR 26-4 and LR 1A 6-1, Plaintiffs/Counter-Defendants HOLOGRAM USA, INC; MDH HOLOGRAM LIMITED; and UWE MAASS (collectively, "Plaintiffs" or the "Hologram Parties"), Defendants/Counterclaimants MUSION EVENTS LTD.; MUSION 3D LTD.; and IAN CHRISTOPHER O'CONNELL, Defendant WILLIAM JAMES ROCK; and Counterclaimants MUSION IP LTD. and HOLICOM FILMS LTD. (collectively the "O'Connell Parties", and collectively with Plaintiffs, the "Parties"), hereby provide notice to the Court that they have entered into a "Binding Confidential Settlement Term Sheet," in which they agreed to cooperate in good faith to execute a long-form settlement agreement.

To avoid needless expense, the Parties request that the Court stay all deadlines and proceedings in this case until the earlier of (i) the filing of a notice of dismissal of this case or (ii) 30 days from the date of this Notice.

DATED this 9th day of February, 2018.

By: */s/ Craig A. Newby*
Craig A. Newby (NSBN 8591)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
cnewby@mcdonaldcarano.com

By: */s/ Ryan G. Baker*
Ryan G. Baker (admitted *pro hac vice*)
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, CA 90067
rbaker@bakermarquart.com

*Attorneys for Plaintiffs and Counterdefendants Hologram USA, Inc., MDH Hologram Limited and Uwe Maass*

By: */s/ Eric J. Carsten*
Eric J. Carsten (admitted *pro hac vice*)
CARSTEN LAW PC
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
ecarsten@carstenlaw.com

By: */s/ Martin L. Welsh*
Martin L. Welsh (NSBN 8720)
LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
mwelsh@lvlaw.com

*Attorneys for Ian Christopher O'Connell, Musion Events LTD., Musion 3D Ltd., Musion IP Ltd., Holicom Films Ltd., and William James Rock*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 8th day of February, 2018, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Elizabeth E. Helms
An Employee of McDonald Carano LLP